**Sherry WASHINGTON, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 02–2511.

United States Court of Appeals, District of Columbia Circuit.

Filed Feb. 26, 2003.

Before GINSBURG, Chief Judge; RANDOLPH and TATEL, Circuit Judges.

and Maintenance of Mining Claims or Sites, 64 Fed. Reg. 47,018 (August 27, 1999) (codified at 43 C.F.R. § 3833.1–7(d)).

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. It is

**ORDERED AND ADJUDGED** that the district court's order filed June 19, 2002, be affirmed. The court correctly held that appellant's complaints do not satisfy Fed. R.Civ.P. 8(a).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.